PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
MAR 1 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Tony Nguyen**

**Docket No. 0:02CR00031-001(ADM)**

**Petition on Supervised Release**

COMES NOW **Joi C. Kvern**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Tony Nguyen** who was sentenced for Conspiracy to Possess with Intent to Distribute in Excess of 500 Grams of a Mixture of Methampetamine on September 6, 2002, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstain from alcohol, Participate in drug/alcohol treatment program, and Mandatory drug testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall participate in a program for drug abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

A urine sample obtained from Mr. Nguyen on February 24, 2006, tested positive for tetrahydrocannabinol (THC). On February 28, 2006, Mr. Nguyen admitted that he smoked marijuana.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

Mr. Nguyen shall perform 24 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 1st day of March, 2006, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Joi C. Kvern
U.S. Probation Officer

Executed on February 28, 2006
Place Minneapolis

SCANNED
MAR 2 2006
U.S. DISTRICT COURT MPLS