PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

RECEIVED
APR 27 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**United States v. Tony Nguyen**

**Docket No. 0:02CR00031-001(ADM)**

**Petition on Supervised Release**

COMES NOW **Joi C. Kvern**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Tony Nguyen** who was sentenced for Conspiracy to Possess with Intent to Distribute in Excess of 500 Grams of a Mixture of Methamphetamine on September 6, 2002, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstain from alcohol
Participate in drug/alcohol treatment program
Mandatory drug testing
Perform 24 hours of community service (modified on March 1, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Mr. Nguyen has violated the conditions of supervised release based on the following:**
On March 27 and April 10, 2006, Mr. Nguyen tested positive for marijuana. He also failed to report for urinalyses on April 1 and 3, 2006.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 60 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 27 day of April, 2006, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joi C. Kvern
U.S. Probation Officer

Executed on April 26, 2006
Place Minneapolis

c: United States Sentencing Commission

SCANNED
APR 28 2006
U.S. DISTRICT COURT