Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Tony Nguyen

Docket No. 0:02CR00031-001(ADM)

## HEARING WAIVER

I, Tony Nguyen, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall reside for a period of 60 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed: Witness:

Tony Nguyen
Supervised Releasee

Dated: 4/20/06

SCANNED
APR 28 2006
U.S. DISTRICT COURT MPLS