PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
MAY 24 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Tony Nguyen**

**Docket No. 0:02CR00031-001(ADM)**

**Petition on Supervised Release**

COMES NOW **Joi C. Kvern**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Tony Nguyen** who was sentenced for Conspiracy to Possess with Intent to Distribute in Excess of 500 Grams of Cocaine on September 6, 2002, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Abstain from alcohol, participate in drug/alcohol treatment program, and mandatory drug testing
- 24 hours of community service (modified on March 1, 2006)
- 60 days community corrections center placement (modified on April 27, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall participate in a program for drug abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

Mr. Nguyen tested positive for marijuana on March 20, April 20 and 27, and May 11, 2006. Laboratory analyses concluded the samples collected on March 20, April 27, and May 11, 2006, had been adulterated. Mr. Nguyen missed three group sessions which resulted in his discharge from the Cognitive Skills Program on May 16, 2006. Finally, Mr. Nguyen failed to report for urinalyses on May 13 and 15, 2006.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 24th day of May, 2006, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joi C. Kvern
U.S. Probation Officer

Executed on May 22, 2006
Place Minneapolis

SCANNED
MAY 25 2006
U.S. DISTRICT COURT ST. PAUL