OFFICE OF THE

# FEDERAL DEFENDER

**District of Minnesota**

107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

KATHERIAN D. ROE
Federal Defender

ANDREW H. MOHRING
First Assistant Defender

ANDREA K. GEORGE
Senior Litigator

SCOTT F. TILSEN
Senior Assistant Defender

Assistant Defenders
VIRGINIA G. VILLA
KATHERINE MENENDEZ
MANNY K. ATWAL
LYONEL NORRIS

TIM W. TREBIL
MIKE KAULFUSS
Investigators

June 5, 2006

Honorable Arthur J. Boylan
United States Magistrate Judge
738 U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

Re: United States v. Tony Nguyen
CR 02-31 ADM

Dear Judge Boylan:

I have conferred with my client and it is his decision to waive his preliminary and detention hearing scheduled for Wednesday, June 7, 2006, and go directly to the final hearing in front of Judge Montgomery on Monday, June 12, 2006.

Very truly yours,

*s/ Scott F. Tilsen*

SCOTT F. TILSEN
Assistant Federal Defender

SFT/jrp

cc: AUSA William Koch
USPO Joi Kvern