**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: BOYLAN |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 02-31(1) ADM/AJB |
| | ) | Date: 6/5/06 |
| TONY NGUYEN, | ) | Court Reporter: None |
| | ) | Tape Number: |
| Defendant. | ) | Time Commenced: 1:40 p.m. |
| | | Time Concluded: 1:46 p.m. |
| | | Time in Court: 6 Minutes |

## APPEARANCES:

**Plaintiff:** Nicole Engisch
Assistant U.S. Attorney

**Defendant:** Scott Tilsen

☐ FPD ☐ CJA ☐ Retained √ To be appointed

Date Charges Filed: 6/2/06 Offense: Violation of Supervised Release

√ Charges read into record ☐ Waived Reading of Charges √ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release √ Supervised Release

√ Government moves for detention.

Motion is: √ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

Next appearance date is 6/7/06 at 1:30 p.m., in Mpls Courtroom 8E, before U.S. Magistrate Judge Boylan for:

√ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg √ preliminary revocation

Additional Information:

s/Kathy Thobe
Signature of Judicial Assistant