UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-31 (ADM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>TONY NGUYEN,<br><br>Defendant. | ) | MOTION FOR ORDER OF TEMPORARY RELEASE |

Tony Nguyen, through counsel, respectfully moves the Court ordering the United States Marshal to release Mr. Smith from the U.S. Courthouse in Minneapolis, Minnesota, to the custody of the Office of the Federal Defender for the District of Minnesota at 9:00 a.m. on Thursday, June 8, 2006, for the purpose of a Rule 25 chemical dependency assessment. In turn, the Office of the Federal Defender will bring Mr. Nguyen to and from the assessment, and will return him to the United States Marshall in Minneapolis on that date, at or before 11:30 a.m. This motion is made pursuant to 18 U.S.C. §3142 (I) (final paragraph) and all files, records and proceedings herein. It is our understanding that the Office of United Stats Probation joins us in this request. A draft order is attached.

Dated: June 6, 2006

Respectfully submitted,

***S/ Scott F. Tilsen***

Scott F. Tilsen
Attorney for the Defendant
Office of the Federal Defender
300 South Fourth Street
Minneapolis, MN 55415