UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-31 (ADM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| V. | ) | **ORDER** |
| | ) | |
| TONY NGUYEN, | ) | |
| | ) | |
| Defendant. | ) | |

Based on Mr. Nguyen's motion for an order granting temporary custody of him to the Office of the Federal Defender, **IT IS ORDERED** that the United States Marshal release Mr. Nguyen from the U.S. Courthouse in Minneapolis, Minnesota, to the custody of the Office of the Federal Defender for the District of Minnesota at 9:00 a.m. on Thursday, June 8, 2006, for the purpose of a Rule 25 chemical dependency assessment. In turn, the Office of the Federal Defender is directed to bring Mr. Nguyen to and from the assessment at Hennepin County Chemical Health, 300 S. 6th Street, Suite A-8 of the Hennepin County Government Center, and to return him to the custody of United States Marshal at the U.S. Courthouse in Minneapolis, Minnesota, on that date, at or before 11:30 a.m. It is further ordered that Mr. Nguyen remain in custody until such time he is able to follow the recommendations made in the Rule 25 assessment.

June 7, 2006 s/Ann D. Montgomery

Honorable Ann D. Montgomery
U.S. District Judge