UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TONY NGUYEN,

Defendant.

Case Number: 02-31(1) ADM/AJB

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States, it is ORDERED that a detention/preliminary revocation hearing is set for June 7, 2006 at 1:30 p.m., before Magistrate Judge Arthur J. Boylan, U. S. Courthouse, 300 South Fourth Street, Courtroom No. 8E, Minneapolis, Minnesota. Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: June 6, 2006

s/ Arthur J. Boylan
ARTHUR J. BOYLAN
United States Magistrate Judge

---

* If not held immediately upon Defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the Defendant. 18 U.S.A. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the Defendant (a) will flee; or (b) will obstruct or attempt to obstruct

justice, or threaten, injure, or intimidate, or attempt to threaten, injury, or intimidate a prospective witness or juror.