UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff, ORDER

v. Criminal No. 02-31(1)(ADM/AJB)

TONY NGUYEN,

Defendant.

---

This matter is before the Court on a supervised release violation. Michelle Jones, Assistant United States Attorney, appeared on behalf of the plaintiff; Scott Tilsen, Assistant Federal Defender, appeared on behalf of the defendant.

Defendant admits violating the conditions of his supervised release and waived his right to an evidentiary hearing. Based upon defendant's admission, and all the files and records herein IT IS HEREBY ORDERED THAT:

1. Defendant shall be released from the custody of the U.S. Marshal.

2. Defendant shall report to the Park Center at 8:00 a.m. on June 13, 2006, and he shall complete the inpatient treatment and aftercare program at the Park Avenue Center in Minneapolis, Minnesota.

3. Upon discharge from the above treatment, the defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

4. The 24 hours of community service previously imposed as a condition of defendant's supervised release shall be removed.

5. Upon discharge from the community corrections defendant shall abide by the

conditions of supervised release as previously ordered until his original expiration date.

Dated: June 12, 2005

s/Ann D. Montgomery

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT