**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>TONY NGUYEN,<br>Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: Ann D. Montgomery<br>U.S. District Judge |

| | |
|---|---|
| Case No: | 02-31(ADM/AJB) |
| Date: | June 12, 2006 |
| Court Reporter: | Tim Willette |
| Tape Number: | |
| Time Commenced: | 11:00 a.m. |
| Time Concluded: | 11:30 a.m. |
| Time in Court: | 30 Minutes |

## APPEARANCES:

Plaintiff: Michelle Jones, Assistant U.S. Attorney
Defendant: Scott Tilsen

## PROCEEDINGS:

**Revocation of Supervised Release - Final Hearing.**
Defendant admits allegations and waives his right to an evidentiary hearing.

## ORDERED:

The defendant shall report to the Park Center at 8:00 a.m. on June 13, 2006, and he shall complete the inpatient treatment and aftercare program. Upon discharge from treatment the defendant shall reside for a period of 90 days in a community corrections center. All other conditions previously imposed shall remain in effect until the original expiration date, with the exception of the 24 hours community service which is removed as a condition. Written order to be issued.

s/Gertie Simon
Courtroom Deputy