A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
JUN -9 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 02-31 (1) ADM/AJB**

0641-0602-1038-D

Tony Nguyen

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Tony Nguyen

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Ann D. Montgomery, United States District Court Judge.

SCANNED
JUN 0 9 2006
U.S. DISTRICT COURT MPLS

Jackie Ellingson
(By) Jackie Ellingson, Deputy Clerk

June 2, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

______________________ ____________________

Name and Title of Arresting Officer Signature of Arresting Officer

RECEIVED
US MARSHALS SERVICE
MPLS MN
2006 JUN -2 P 2: 17

ARRESTED ON 6-2-06
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. Lavalle