**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

Tony Nguyen,

Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: NELSON
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CR 02-31 ADM/AJB |
| Date: | 09/14/06 |
| Court Reporter: | None |
| Tape Number: | 7/1407-1530 |
| Time Commenced: | 4:05 p.m. |
| Time Concluded: | 4:10 p.m. |
| Time in Court: | 5 Minutes |

____ **PRELIMINARY HRG ONLY** _____ **DETENTION HRG ONLY**

_X___ **PRELIMINARY REVOCATION/DETENTION HRG** ____ **REMOVAL HRG**

APPEARANCES:

**Plaintiff**: Bill Koch
Assistant U.S. Attorney

**Defendant:** Manny Atwal
√ FPD ☐ CJA ☐ Retained ☐ Appointed

Interpreter: _____none____________ Language:___English______________

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** √ **Supervised Release**

√ Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence

√ Deft bound over to District Court of Minnesota

Additional Information:
Defendant waived preliminary hearing. Defendant's next appearance date is Friday, September 22, 2006 at 11:00 a.m. before Judge Montgomery for a final revocation hearing.

s/AR
Signature of Criminal Duty Clerk