**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

TONY NGUYEN,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Ann D. Montgomery
U.S. District Judge

Case No: 02-31(ADM)
Date: September 22, 2006
Court Reporter: Tim Willette
Time Commenced: 11:00 a.m.
Time Concluded: 11:20 a.m.
Time in Court: 20 Minutes

## APPEARANCES:

Plaintiff: Bill Koch, Assistant U.S. Attorney
Defendant: Manny Atwal

## PROCEEDINGS:

**Revocation of Supervised Release - Final Hearing.**
Defendant admits violation and waives his right to an evidentiary hearing.

## ORDERED:

Defendant remanded to custody of the U.S. Marshal.
Defendant is sentenced to 7 months in the custody of the BOP with supervised release following to June 9, 2009.

s/Gertie Simon
Courtroom Deputy