A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
06 SEP 28 PM 3:14
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

2006 AUG 11 PM 4:42
RECEIVED
US MARSHALS SERVICE

UNITED STATES OF AMERICA

V.

Tony Nguyen

**WARRANT FOR ARREST**

CASE NUMBER: **CR 02-cr-31 (01) ADM**

0641-0811-1346-10

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Tony Nguyen

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:
Violation of Supervised Release

Ordered by: John R. Tunheim, United States District Court Minneapolis.

(By) G. Schneider, Deputy Clerk

August 11, 2006 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: ________________ Date of Arrest: ________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 9.13.06
ARREST... USMS
DISTRICT OF MINNESOTA
BY

SCANNED
SEP 28 2006
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04