PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Tony Nguyen**

**Docket No. 0:02CR00031-001(ADM)**

**Petition on Supervised Release**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Tony Nguyen** who was sentenced for Conspiracy to Possess with Intent to Distribute in Excess of 500 Grams of Cocaine on September 6, 2002, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 4 years supervised release and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstain from alcohol, participate in drug/alcohol treatment program, and mandatory testing
24 hours of community service (modified on March 1, 2006)
60 days community corrections center placement (modified on April 27, 2006)
Inpatient Treatment and 90 days community confinement (Modified on June 12, 2006)
7 months custody of the Bureau of Prisons (Revoked on September 22, 2007)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall participate in a program for drug abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

The defendant failed to appear for three cognitive skill groups on July 5, 17, and 19 and was subsequently terminated from the program due to the absences. The defendant failed to complete the program as directed by the probation officer.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 24 hours of community service, as approved by the probation officer.

SCANNED
AUG - 1 2007
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 31 day of July, 2007, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Darren F. Kerns
Senior U.S. Probation Officer
Telephone: 612-664-5381

Executed on July 30, 2007
Place Minneapolis

Approved:

Curtis L. Stevens
Supervising U.S. Probation Officer

c: United States Sentencing Commission