**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE:Susan Richard Nelson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 02-31 ADM/AJB |
| | ) | Date: November 15, 2007 |
| Tony Nguyen(1), | ) | Court Reporter: None |
| | ) | Tape Number: 160 |
| | ) | Time Commenced: 3:37 p.m. |
| Defendant. | | Time Concluded: 3:40 p.m |
| | | Time in Court: 3 Minutes |

## APPEARANCES:

Plaintiff: LeeAnn Bell , Assistant U.S. Attorney
Defendant: Lyonel Norris
☒ FPD ☐ CJA ☐ Retained ☒ To be appointed

Interpreter / Language: None / English

Date Charges Filed: 1/24/02 Offense:Narcotics

☐ Charges read into record √ Waived Reading of Charges √ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release √ Supervised Release

☐ **Charges from other District-**

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

☐ Bond set in the amount of $ with conditions, see Order Setting Conditions of Release.

Next appearance date is December 4, 2007 at 9:30 a.m. before U.S. District Judge Montgomery in Courtroom 13W for a Final Revocation Hearing:
☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☐ preliminary revocation ☐ bond revocation

Additional Information:

**Defendant waved his preliminary revocation and detention hearing.**

s/Amy Linner
Criminal Duty Clerk