**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

TONY NGUYEN,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Ann D. Montgomery
U.S. District Judge

| | |
|---|---|
| Case No: | 02-31 ADM/AJB |
| Date: | December 4, 2007 |
| Court Reporter: | Monica Moriarty |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 9:20 a.m. |
| Time in Court: | 20 Minutes |

## APPEARANCES:

Plaintiff: Jeff Paulsen, Assistant U.S. Attorney
Defendant: Lyonel Norris, Assistant Federal Defender

## PROCEEDINGS:

**Revocation of Supervised Release - Final Hearing.** Defendant admits the violations and waives his right to an evidentiary hearing.

## ORDERED:

Defendant is sentenced to 9 months in the custody of the BOP with supervised release to follow to the original date of June 9, 2009.

s/Gertie Simon
Courtroom Deputy