UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-31 (ADM/AJB)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TONY NGUYEN,<br><br>Defendant. | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

Criminal No.

02-31 (ADM/AJB)

Defendant Name

Tony Nguyen

Remove AUSA

Jeffrey S. Paulsen

Add AUSA

LeeAnn K. Bell

Dated: December 4, 2007

RACHEL K. PAULOSE
United States Attorney

*s/Jeffrey S. Paulsen*

BY: Jeffrey S. Paulsen
Assistant U.S. Attorney
Attorney ID No. 144332