A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
NOV 21 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

0841-1108-0169-0

CASE NUMBER: **CR 02-31 ADM/AJB**

Tony Nguyen (1)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Tony Nguyen

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Ann D. Montgomery, United States District Court Judge.

November 8, 2007 at Minneapolis, MN

(By) Kim Krulas, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ____________

Date Received: ________________________ Date of Arrest: ______________________

Name and Title of Arresting Officer ________________________ Signature of Arresting Officer ________________________

**ARRESTED ON** 11-14-07
**ARRESTED BY** USMS
**U.S. MARSHAL**
**DISTRICT OF MINNESOTA**
**BY** ____________

SCANNED
NOV 28 2007
U.S. DISTRICT COURT MPLS